Fill in this information to identify the case:

Debtor name: **Biostat, LLC**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA

Case number (if known): **6:18-bk-2800-CCJ**

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☒ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☒ *Schedule H: Codebtors* (Official Form 206H)
- ☒ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 06/08/2018     X _____
                             Signature of individual signing on behalf of debtor

                             **Frederick W. Pauzar**
                             Printed name

                             **CEO and Manager/Member**
                             Position or relationship to debtor

Fill in this information to identify the case:

Debtor name: **Biostat, LLC**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA

Case number (if known): **6:18-bk-2800-CCJ**

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    12/15

### Part 1: Summary of Assets

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*..................................................................................................... $ 0.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*.................................................................................................. $ 900,560.00

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*..................................................................................................... $ 900,560.00

### Part 2: Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*..................... $ 0.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*....................................................... $ 183,167.72

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................. +$ 2,396,290.79

4. **Total liabilities** ....................................................................................................................
    Lines 2 + 3a + 3b    $ 2,579,458.51

Fill in this information to identify the case:

Debtor name: **Biostat, LLC**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA

Case number (if known): **6:18-bk-2800-CCJ**

☐ Check if this is an amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property   12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

1. Does the debtor have any cash or cash equivalents?

   ■ No. Go to Part 2.
   ☐ Yes Fill in the information below.

   All cash or cash equivalents owned or controlled by the debtor

   Current value of debtor's interest

### Part 2: Deposits and Prepayments

6. Does the debtor have any deposits or prepayments?

   ☐ No. Go to Part 3.
   ■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit

   7.1. **Office Security Depost**                                      $4,200.00

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
   Description, including name of holder of prepayment

9. **Total of Part 2.**                                                  $4,200.00
   Add lines 7 through 8. Copy the total to line 81.

### Part 3: Accounts receivable

10. Does the debtor have any accounts receivable?

    ■ No. Go to Part 4.
    ☐ Yes Fill in the information below.

### Part 4: Investments

13. Does the debtor own any investments?

    ☐ No. Go to Part 5.
    ■ Yes Fill in the information below.

| Debtor | Biostat, LLC | Case number (if known) | 6:18-bk-2800-CCJ |
|---|---|---|---|
| | Name | | |

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**
    Name of fund or stock:

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
    Name of entity:                                              % of ownership

   15.1.  **Biostat Research, LLC**              76   %                                    Unknown

   15.2.  **Medical Inventory Capital, LLC ("Medic")**   1   %                             Unknown

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
    Describe:

17. **Total of Part 4.**                                                                   $0.00
    Add lines 14 through 16. Copy the total to line 83.

**Part 5:  Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

   ■ No. Go to Part 6.
   ☐ Yes Fill in the information below.

**Part 6:  Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

   ■ No. Go to Part 7.
   ☐ Yes Fill in the information below.

**Part 7:  Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ☐ No. Go to Part 8.
   ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture**<br>Office furniture, computers | $3,549.00 | Depreciated | $3,549.00 |

40. **Office fixtures**

41. **Office equipment, including all computer equipment and communication systems equipment and software**

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

Debtor  **Biostat, LLC**                                  Case number (If known) **6:18-bk-2800-CCJ**
        Name

43. **Total of Part 7.**                                                                    $3,549.00
    Add lines 39 through 42. Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    ■ No
    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

### Part 8: Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

    ■ No. Go to Part 9.
    ☐ Yes Fill in the information below.

### Part 9: Real property

54. **Does the debtor own or lease any real property?**

    ■ No. Go to Part 10.
    ☐ Yes Fill in the information below.

### Part 10: Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ■ No. Go to Part 11.
    ☐ Yes Fill in the information below.

### Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No. Go to Part 12.
    ■ Yes Fill in the information below.

                                                                            Current value of
                                                                            debtor's interest

71. **Notes receivable**
    Description (include name of obligor)
    **See attached Schedule B Composite**     262,581.00  -                 0.00  =
    **Exhibit 71-77**                         Total face amount    doubtful or uncollectible amount    $262,581.00

72. **Tax refunds and unused net operating losses (NOLs)**
    Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

Debtor  **Biostat, LLC**  
       Name

Case number *(If known)* **6:18-bk-2800-CCJ**

| | | |
|---|---|---|
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |
| | Biostat Research | $311,572.00 |
| | Advances on Future Commissions | $318,658.00 |
| 78. | **Total of Part 11.** Add lines 71 through 77. Copy the total to line 90. | $892,811.00 |
| 79. | **Has any of the property listed in Part 11 been appraised by a professional within the last year?** <br> ■ No <br> ☐ Yes | |

Debtor    **Biostat, LLC**
          Name

Case number *(If known)*  **6:18-bk-2800-CCJ**

## Part 12:  Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---:|---:|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $4,200.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $3,549.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9...........>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $892,811.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $900,560.00  + 91b. | $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $900,560.00 |

BIOSTAT, LLC
Case No. 6:18-bk-2800-CCJ

Schedule B-Composite Exhibit 71-77

| Loans Receivable | |
|---|---:|
| Terrence J Delahunty PA | $ 296 |
| Blackwood Entertainment | 46,864 |
| Blackwood Holdings Group LLC | 14,235 |
| Blackwood Music LLC | 288 |
| Ypsilanti Village Partners | 822 |
| Blackshadow Entertainment LLC | 144 |
| Stratvue | 7,396 |
| Blackshadow LLC | 288 |
| Blackwood-Smart Baking | 346 |
| Therimunex Pharmacueticals | 4,248 |
| Blackwood Corporate Finance | 144 |
| Blackwood Equity | 144 |
| Country Woods Holdings | 2,028 |
| Credit Union Appraisal Services | 12,395 |
| Davgar Clarita's CC | 212 |
| DavGar Holdings Group | 3,072 |
| Group One Project Advisors | 165,003 |
| MANG&B, LLC | 139 |
| MCTV Enterprises LLC | 144 |
| Ohio Investment Properties | 318 |
| Ohio Partners LLC | 1,090 |
| Smart Baking | 1,916 |
| Stratlink | 645 |
| BW-White Challis Ownership Group | 245 |
| Davgar Honest John's | 120 |
| Beta Labs | 39 |
| **Total Loans Receivable** | **$ 262,581** |

| Due from Affiliates | |
|---|---:|
| from BioStat Research | 311,572 |

| Advances on Future Commissions | |
|---|---:|
| Advance to Syed S | $ 8,000 |
| Advance to Mark G | 310,658 |
| **Total Advance Against Future Commissions** | **$ 318,658** |

**Fill in this information to identify the case:**

Debtor name: **Biostat, LLC**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA

Case number (if known): **6:18-bk-2800-CCJ**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                            12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ■ Yes. Fill in all of the information below.

### Part 1: List Creditors Who Have Secured Claims

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

|   | | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|---|
| 2.1 | **Crossroads Financial Group**<br>Creditor's Name<br>**200 S College Street**<br>**Suite 1400**<br>**Charlotte, NC 28202**<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>Date debt was incurred<br>**09/2014**<br>Last 4 digits of account number | Describe debtor's property that is subject to a lien<br>**All assets of the debtor (now existing and hereinafter arising, wherever located)**<br><br>Describe the lien<br>**Security Interest**<br>Is the creditor an insider or related party?<br>■ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>■ No<br>☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H) | | **Unknown** | **Unknown** |
|   | Do multiple creditors have an interest in the same property?<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | As of the petition filing date, the claim is:<br>Check all that apply<br>■ Contingent<br>■ Unliquidated<br>■ Disputed | | | |
| 2.2 | **LSQ Funding Group LC**<br>Creditor's Name<br>**2600 Lucien Way**<br>**Suite 100**<br>**Maitland, FL 32751**<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>Date debt was incurred<br>**06/2014**<br>Last 4 digits of account number | Describe debtor's property that is subject to a lien<br>**All present and future assets of Biostat, LLC**<br><br>Describe the lien<br>**Security Interest**<br>Is the creditor an insider or related party?<br>☐ No<br>■ Yes<br>Is anyone else liable on this claim?<br>■ No<br>☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H) | | **Unknown** | **Unknown** |
|   | Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is:<br>Check all that apply | | | |

Official Form 206D            Schedule D: Creditors Who Have Claims Secured by Property            page 1 of 2
Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                 Best Case Bankruptcy

| Debtor | Biostat, LLC | Case number (if know) | 6:18-bk-2800-CCJ |
|---|---|---|---|
| | Name | | |

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

■ Contingent
■ Unliquidated
■ Disputed

3.  Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    $0.00

**Part 2:** List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 2 of 2

**Fill in this information to identify the case:**

Debtor name: **Biostat, LLC**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA

Case number (if known): **6:18-bk-2800-CCJ**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**Florida Dept of Revenue**<br>**Attn: Executive Director**<br>**5050 W Tennessee St**<br>**Tallahassee, FL 32399-0140** | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Notice** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.2 | Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**Centralized Insolvency Ops**<br>**PO Box 7346**<br>**Philadelphia, PA 19101-7346** | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | $183,167.72 | $157,726.53 |
| | Date or dates debt was incurred<br>**2015 - 2018** | Basis for the claim:<br>**Various taxes** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Debtor  **Biostat, LLC**  
Name

Case number (if known)  **6:18-bk-2800-CCJ**

| 2.3 | Priority creditor's name and mailing address<br>**Orange Cty Tax Collector**<br>**Attn: Scott Randolph**<br>**PO Box 545100**<br>**Orlando, FL 32802-2551** | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |

Date or dates debt was incurred

Basis for the claim:  
**Notice**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?  
■ No  
☐ Yes

---

**Part 2:  List All Creditors with NONPRIORITY Unsecured Claims**

3. List in alphabetical order all of the creditors with **nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address<br>**American Express**<br>**PO Box 650448**<br>**Dallas, TX 75265-0448**<br>Date(s) debt was incurred  **05/2018**<br>Last 4 digits of account number | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim:  **Credit Card**<br>Is the claim subject to offset?  ■ No  ☐ Yes | $34,710.99 |

| 3.2 | Nonpriority creditor's name and mailing address<br>**Blackwood Hlds Group LLC**<br>**118 E Jefferson St**<br>**Suite 300**<br>**Orlando, FL 32801**<br>Date(s) debt was incurred  **05/2018**<br>Last 4 digits of account number | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim:  **Loan**<br>Is the claim subject to offset?  ■ No  ☐ Yes | $6,841.00 |

| 3.3 | Nonpriority creditor's name and mailing address<br>**BMK Solutions**<br>**1528 Taylor Farm Rd**<br>**Suite 107**<br>**Virginia Beach, FL 23453**<br>Date(s) debt was incurred  **06/2014**<br>Last 4 digits of account number | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim:  **Judgment in Virginia**<br>Is the claim subject to offset?  ■ No  ☐ Yes | $201,080.00 |

| 3.4 | Nonpriority creditor's name and mailing address<br>**Cygnus Business Media**<br>**1233 Janesville Avenue**<br>**Fort Atkinson, WI 53538**<br>Date(s) debt was incurred  **11/2016**<br>Last 4 digits of account number | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim:  **Judgment**<br>Is the claim subject to offset?  ■ No  ☐ Yes | $30,196.62 |

| 3.5 | Nonpriority creditor's name and mailing address<br>**Florida Dept of Revenue**<br>**Orlando Service Center**<br>**400 W Robinson St, Ste N302**<br>**Orlrando, FL 32801**<br>Date(s) debt was incurred  **01/2018**<br>Last 4 digits of account number | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim:  **Judgment**<br>Is the claim subject to offset?  ■ No  ☐ Yes | $1,044.09 |

| Debtor | Biostat, LLC | Case number (if known) | 6:18-bk-2800-CCJ |
|---|---|---|---|
| | Name | | |

---

**3.6** Nonpriority creditor's name and mailing address
**Florida Dept of Revenue**
Orlando Service Center
400 W Robinson St, Ste N302
Orlrando, FL 32801

Date(s) debt was incurred **01/2018**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Judgment**

Is the claim subject to offset? ■ No ☐ Yes

$1,075.86

---

**3.7** Nonpriority creditor's name and mailing address
**Foley & Lardner LLP**
Attn: Michael Gay, Esq
111 North Orange Ave. Suite
Orlando, FL 32801

Date(s) debt was incurred **04/2018**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Legal Services**

Is the claim subject to offset? ■ No ☐ Yes

$82,985.80

---

**3.8** Nonpriority creditor's name and mailing address
**Frederick W. Pauzar**
118 East Jefferson Street
Suite 300
Orlando, FL 32801-1000

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Loan**

Is the claim subject to offset? ■ No ☐ Yes

$202,099.00

---

**3.9** Nonpriority creditor's name and mailing address
**Group One Project Advisors**
118 E Jefferson St
Suite 300
Orlando, FL 32801

Date(s) debt was incurred **05/2018**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Loan**

Is the claim subject to offset? ■ No ☐ Yes

$20,872.00

---

**3.10** Nonpriority creditor's name and mailing address
**Marlin Leasing Corp**
300 Fellowship Rd
Mt Laurel, NJ 08054

Date(s) debt was incurred **05/2018**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

$2,040.42

---

**3.11** Nonpriority creditor's name and mailing address
**MCTV**
118 E Jefferson St
Suite 300
Orlando, FL 32801

Date(s) debt was incurred **05/2018**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Loan**

Is the claim subject to offset? ■ No ☐ Yes

$51,243.00

---

**3.12** Nonpriority creditor's name and mailing address
**Medical Inventory Capital**
118 E Jefferson St
Suite 300
Orlando, FL 32801

Date(s) debt was incurred **05/2018**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Advanced distributions**

Is the claim subject to offset? ■ No ☐ Yes

$62,431.73

---

Debtor    **Biostat, LLC**
              Name

Case number (if known)    **6:18-bk-2800-CCJ**

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,572,825.28 |
|---|---|---|---|

**Philip T Davies**
**315 E 89th St**
**Apt 5W**
**New York, NY 10128**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Davies v. Biostat et al Case 2017-CA-0011234-O**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $125,000.00 |
|---|---|---|---|

**Steven Tye**
**118 E Jefferson St**
**Suite 300**
**Orlando, FL 32801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Loan**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,845.00 |
|---|---|---|---|

**Stratlink**
**118 E Jefferson St**
**Suite 300**
**Orlando, FL 32801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **05/2018**

Last 4 digits of account number __

Basis for the claim: **Loan**

Is the claim subject to offset? ■ No  ☐ Yes

## Part 3: List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Matthew Sarelson, Esq**<br>**KAPLAN YOUNG & MOLL PARRÓN**<br>**600 Brickell Avenue**<br>**Suite 1715**<br>**Miami, FL 33131** | Line **3.13**<br><br>☐ Not listed. Explain ____ | __ |
| 4.2 | **Michael Gay, Esq**<br>**Foley & Lardner LLP**<br>**111 North Orange Ave. Suite**<br>**Orlando, FL 32801** | Line **3.13**<br><br>☐ Not listed. Explain ____ | __ |

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 183,167.72 |
| 5b. Total claims from Part 2 | 5b. + | $ | 2,396,290.79 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 2,579,458.51 |

Fill in this information to identify the case:

Debtor name: **Biostat, LLC**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA

Case number (if known): **6:18-bk-2800-CCJ**

☐ Check if this is an amended filing

Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases   12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ■ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.2 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.3 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.4 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Biostat, LLC |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA |
| Case number (if known) | 6:18-bk-2800-CCJ |

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**                                              *Column 2:* **Creditor**

|     | Name | Mailing Address | Name | Check all schedules that apply: |
|-----|------|-----------------|------|-------------------------------|
| 2.1 | Frederick W. Pauzar | 118 East Jefferson Street<br>Suite 300<br>Orlando, FL 32801-1000<br><br>**Disputed** | Philip T Davies | ☐ D _____<br>■ E/F  3.13<br>☐ G _____ |